FILED

DEC 1 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 21-30191-NJR |
| vs. ) | |
| JAYLIN E. LEWIS, ) | Title 18 |
| ) | United States Code, |
| Defendant. ) | Section 1951(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about September 1, 2021, in Madison County, Illinois, within the Southern District of Illinois,

**JAYLIN E. LEWIS,**

defendant herein, did unlawfully obstruct, delay and affect, interstate commerce by robbery, in that the defendant did unlawfully take and obtain personal property consisting of United States currency from the person of another, that is, the clerk of the Sauget Liquor Store, against his will by means of actual and threatened force, violence, and fear of immediate injury to their person whereupon said employee delivered to the defendant United States currency which was the property of the Sauget Liquor Store, a business that was at the time engaged in interstate commerce. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
## INTERFERENCE WITH COMMERCE BY ROBBERY

On or about September 3, 2021, in Madison County, Illinois, within the Southern District of Illinois,

## JAYLIN E. LEWIS,

defendant herein, did unlawfully obstruct, delay and affect, interstate commerce by robbery, in that the defendant did unlawfully take and obtain personal property consisting of United States currency from the person of another, that is, the clerk of the Glenmart gas station, against his will by means of actual and threatened force, violence, and fear of immediate injury to their person whereupon said employee delivered to the defendant United States currency which was the property of the Glenmart gas station, a business that was at the time engaged in interstate commerce. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3
## INTERFERENCE WITH COMMERCE BY ROBBERY

On or about September 4, 2021, in Madison County, Illinois, within the Southern District of Illinois,

## JAYLIN E. LEWIS,

defendant herein, did unlawfully obstruct, delay and affect, interstate commerce by robbery, in that the defendant did unlawfully take and obtain personal property consisting of United States currency from the person of another, that is, the clerk of the Mobil gas station, against his will by means of actual and threatened force, violence, and fear of immediate injury to their person whereupon said employee delivered to the defendant United States currency which was the

property of the Mobil gas station, a business that was at the time engaged in interstate commerce.

All in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL

███████████████████

FOREPERSON

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.12.13 00:12:22 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention